IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE ALFRED KIDD, | ) | No. C 12-05692 EJD (PR) |
| Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) | ORDER OF DISMISSAL |

On November 6, 2012, Plaintiff filed a letter that was construed as an action pursuant to 42 U.S.C. § 1983.  On the same day, the Clerk sent Plaintiff a notice that he had not file an <u>In</u> <u>Forma</u> <u>Pauperis</u> ("IFP") application or a proper complaint and they needed to be filed within thirty days or else the case would be dismissed.  (Docs. No. 2, 3.)  Plaintiff was granted a thirty day extension on December 27, 2012.  The deadline has passed and Plaintiff has not filed the required documents.  Accordingly, Plaintiff's case is DISMISSED.

The Clerk shall terminate any pending motions and close the file.

DATED: 2/13/2013

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
05692Kidd_dism-ifp&compl.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ALFRED KIDD,<br><br>　　　　　Plaintiff.<br><br>_____/ | Case Number CV 12-05692 EJD (PR)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____2/13/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Alfred R. Kidd**
K-55068
California Men's Colony State Prison
P. O. Box 8101
San Luis Obispo, CA 93409-8101

DATED: _____2/13/2013_____
　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　/s/By: Elizabeth Garcia, Deputy Clerk